UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| **KENNETH LARMORE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. 3:24-cv-00037-RLY-CSW |
| | ) |
| **IZI MEDICAL PRODUCTS, LLC** | ) |
| **d/b/a RADIOMED CORPORATION,** | ) |
| | ) |
| **Defendants.** | ) |

**MOTION TO WITHDRAW APPEARANCE**

Attorney Eric J. Hartz moves this Court to grant him leave to withdraw his appearance on behalf of the Plaintiff, Kenneth Larmore, and in support of this Motion states:

1. The undersigned entered his appearance on behalf of Kenneth Larmore on or about February 23, 2024.

2. On or about April 5, 2024, attorney Eric J. Hartz resigned from the law firm of Cleveland Lehner Cassidy, LLC.

3. Plaintiff was informed of Attorney Hartz's departure on or about April 2, 2024, and will continue to be represented by Cleveland Lehner Cassidy, LLC, in this lawsuit.

WHEREFORE, undersigned counsel requests that they be allowed to withdraw from this case and for all other relief just and proper in the premises.

Respectfully submitted,

s/ Eric J. Hartz
Eric J. Hartz, #29676-49
CLEVELAND LEHNER CASSIDY
1901 Broad Ripple Ave.
Indianapolis, IN 46220
Telephone:	(317) 388-5424
Facsimile:	(317) 947-1863
Email:		eric@clcattorneys.com
		eric@hartzlaw.com

CERTIFICATE OF SERVICE

 I hereby certify that on April 19, 2021, a copy of the foregoing document was filed via the Court's CM/ECF system.  Service of this filing will be made on all counsel of record by operation of the CM/ECF system.  Parties may access this filing through the Court's ECF system.

s/ Eric J. Hartz
Eric J. Hartz

2